IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN GREEN,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS, INC., NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>7:13-cv-00137-HL |

### [PROPOSED] ORDER STAYING DISCOVERY

THIS MATTER is before the Court on the *Motion to Stay Discovery* filed by Defendants Bank of America, N.A., erroneously named as Bank of America Home Loans, Inc. ("BANA")[1] and Nationstar Mortgage, LLC ("Nationstar") ("Defendants").

Upon consideration of the Motion and the arguments contained in the accompanying Memorandum of Law, the Court finds that there is sufficient

---

[1] Plaintiff names "Bank of America Home Loans, Inc." as a defendant; however, no legal entity exists by that name. Defendants assume that Plaintiff meant to name Bank of America Home Loans, which was a trade name for BAC Home Loans Servicing, L.P. On July 1, 2011, BAC Home Loans Servicing, L.P. merged with and into Bank of America, N.A. Thus, Bank of America, N.A. responds on behalf of the erroneously named entity "Bank of America Home Loans, Inc."

1

evidence and just cause for the Court to stay discovery while the Court considers Defendants' *Motion to Dismiss Plaintiff's Complaint*.

Accordingly, it is hereby:

ORDERED that Defendants' *Motion to Stay Discovery* is GRANTED, staying the discovery period and the parties' requirements to comply with their respective obligations.

It is furthermore ORDERED that should the Court later deny Defendants' *Motion to Dismiss Plaintiff's Complaint*, the parties shall comply with all mandates of the federal and local rules within thirty (30) days of the Court's Order denying said motion.

SO ORDERED this  25th  day of  November , 2013.

                                           s/Hugh Lawson
                                           U.S. District Judge
                                           United States District Court