IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JOHN GREEN,**<br><br>      Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA HOME LOANS, INC., NATIONSTAR MORTGAGE, LLC**,<br><br>      Defendants. | Civil Action No. 7:13-CV-137 (HL) |

## ORDER

The stay of discovery in this case is now lifted. The Court orders the parties to confer and hold a Rule 26 Conference not later than May 20, 2014, and to submit a revised scheduling/discovery report not later than May 28, 2014.

**SO ORDERED**, this the 7th day of May, 2014.

    *s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**

scr